# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>    vs.<br><br>ALEJO MARTINEZ-GUTIERREZ,<br>also known as Alejo Martinez,<br><br>                          Defendant. | Case No. CR-13-2014-LRS-1<br><br>**CRIMINAL MINUTES**<br><br>DATE: 7/10/14<br><br>LOCATION: YAKIMA<br><br>**SENTENCING HEARING** |

| | Judge LONNY R. SUKO | | |
|---|---|---|---|
| Ginger Thompson<br><br>**Courtroom Deputy** | Beth Wehrkamp<br><br>**Law Clerk** | Estela Castro<br><br>**Interpreter** | Lynette Walters<br><br>**Court Reporter** |
| Mary K. Dimke<br><br>**Plaintiff's Counsel** | | Kenneth D. Therrien<br><br>**Defendant's Counsel** | |
| **Probation Officer:** Sean Carter | | | |

[ X ] Open Court          [   ] Chambers          [   ] Telecon

Defendant **present not** in custody of the US Marshal.

Sentencing recommendations presented by Ms. Dimke.

Sentencing recommendations presented by Mr. Therrien.

**Sentence:** 75 days in custody, credit time served
**Supervised Release:** 2 years
**Fine:** Waived
**SPA:** $100.00
**Conditions of Supervised Release:** Standard conditions and the following Special Condition:

- You shall submit your person, residence, office, or vehicle to a search, conducted by a U.S. probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You shall warn persons with whom you share a residence that the premises may be subject to search.

Appeal rights waived pursuant to the Plea Agreement.
All remaining counts dismissed.
Defendant shall self-report to the United States Marshal Service in Yakima by 12:00 p.m. on Monday, July 14, 2014.

| CONVENED: 9:06 AM | ADJOURNED: 9:30 AM | TIME: 24 MINUTES | CALENDARED [   ] |
|---|---|---|---|